UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH BERGNES,

    Plaintiff,

v.                                                                                          Case No: 8:15-cv-1512-T-30TBM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. The Court reserves jurisdiction to enforce the settlement for a period of one (1) year.

3. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of November, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record